[No. 28351-8-III. Division Three. August 19, 2010.]

*In the Matter of the Marriage of* KERRI LEI SHIRLEY, *Respondent*, and WILLIAM SCOTT SHIRLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-3-02018-6, Linda G. Tompkins, J., entered July 15, 2009. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, A.C.J., and Brown, J.

[Nos. 61912-8-I; 63011-3-I; Division One. August 23, 2010.] 63012-1-I.

LE & ASSOCIATES, PS, *Respondent*, v. ROBERTO DIAZ-LUONG ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 07-2-39131-2, Laura C. Inveen, J., entered June 25, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Cox, J., concurred in by Becker and Lau, JJ.

[No. 62034-7-I. Division One. August 23, 2010.]

SHU-CHIN WANG ET AL., *Appellants*, v. KIDDER, MATHEWS & SEGNER, INC., ET AL., *Defendants*, BUSINESS PLANS & STRATEGIES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-36091-5, Jay V. White, J., entered July 1, 2008. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Ellington and Lau, JJ.

[Nos. 62144-1-I; 62211-1-I. Division One. August 23, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. TUROMNE ANDREW WASHINGTON, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH FAATTUI OLIVE, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 08-1-00682-1, Charles W. Mertel, J., entered August 22, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Ellington and Appelwick, JJ.